UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| HERCULES TECHNOLOGY GROWTH CAPITAL, INC., derivatively on behalf of ACTIVE RESPONSE GROUP, INC., | x : : : : |
| Plaintiff, | : : |
| - against - | : : : |
| BRAD POWERS, LELAND H. NOLAN, JUD TRAPHAGEN, FLORIN C. VICOL, and BHAVIN SHAH, | : : : : |
| Defendants. | : x |

09 Civ 10160 (GBD)

**ECF FILED**

_____

## NOTICE OF MOTION OF DEFENDANTS BRAD POWERS, LELAND H. NOLAN AND FLORIN C. VICOL TO DISMISS PLAINTIFF'S COMPLAINT

Dated: May 4, 2010

OF COUNSEL
Ty Cobb
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Tel: (202) 637-5000
Fax: (202) 637-5910
*Attorneys for Defendants*
*Brad Powers, Leland H. Nolan and*
*Florin C. Vicol*

HOGAN LOVELLS US LLP
Stuart M. Altman
555 Thirteenth Street, N.W.
Washington, DC 20004
Tel: (202) 637-5000
Fax: (202) 637-5910

Sabrina H. Cochet
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
*Attorneys for Defendants*
*Brad Powers, Leland H. Nolan and*
*Florin C. Vicol*

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law of Defendants Brad Powers, Leland H. Nolan and Florin C. Vicol, dated May 4, 2010, the Declaration of Sabrina H. Cochet, executed on May 4, 2010 and the exhibit annexed thereto, and all prior pleadings and papers filed in this action, Defendants Powers, Nolan and Vicol, by their attorneys, Hogan Lovells US LLP, hereby move this Court before the Honorable George B. Daniels, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, pursuant to Rules 8(a), 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing with prejudice all claims asserted against them in the Amended Complaint filed in this action.

Dated: May 4, 2010                             Respectfully submitted,

 

/s/ Stuart M. Altman
HOGAN LOVELLS US LLP
Stuart M. Altman
555 Thirteenth Street, N.W.
Washington, DC 20004
Tel: (202) 637-5000
Fax: (202) 637-5910

OF COUNSEL
Ty Cobb
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Tel: (202) 637-5000
Fax: (202) 637-5910
*Attorneys for Defendants
Brad Powers, Leland H. Nolan and
Florin C. Vicol*

Sabrina H. Cochet
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
*Attorneys for Defendants
Brad Powers, Leland H. Nolan and
Florin C. Vicol*