UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
:
Hercules Technology Growth Capital, Inc.,    :
derivatively on behalf of Active Response Group,   :
Inc.,                                        :
                                             :      09 cv 10160
                  Plaintiff,                 :
      -against-                              :      ORDER
                                             :
Brad Powers, Leland H. Nolan, Jud Traphagen, :
Florin C. Vicol, and Bhavin Shah,            :
                                             :
                  Defendants.                :
------------------------------------ x

GEORGE B. DANIELS, District Judge:

      Defendants Leland H. Nolan and Florin C. Vicol's motion to dismiss Plaintiff's Amended Complaint is granted. Plaintiff is granted leave to move to file a proposed Second Amended Complaint.

Dated: August 13, 2010
      New York, New York

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 17 AUG 2010]*